JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GASTELLUM,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>GARY SANDOR, Warden,<br><br>　　　　　　Respondent. | Case No. EDCV 10-152-DDP (OP)<br><br>J U D G M E N T |

　　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 29, 2012

　　　　　　　　　　　　　　　　　*/s/ Dean D. Pregerson*
　　　　　　　　　　　　　　　　　HONORABLE DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

*/s/ Oswald Parada*
HONORABLE OSWALD PARADA
United States Magistrate Judge